■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARVIS LASSALLE, Appellant. [864 NYS2d 354]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered February 26, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of robbery in the first degree (Penal Law § 160.15 [4]). Contrary to the contention of defendant, the record establishes that his waiver of the right to appeal was knowingly, intelligently and voluntarily entered (*see People v Lopez,* 6 NY3d 248, 256 [2006]; *People v Peterson,* 35 AD3d 1195 [2006], *lv denied* 8 NY3d 926 [2007]). That valid waiver encompasses his challenge to identification procedures employed by the People (*see People v Kemp,* 94 NY2d 831, 833 [1999]), as well as his challenge to the severity of the sentence (*see Lopez,* 6 NY3d at 255-256; *People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.